IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:10CR272 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO |
| | ) | EXTEND SELF-SURRENDER |
| RICKY SAYER, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to extend the self-surrender date by defendant Ricky Sayer (Sayer) (Filing No. 63). Sayer seeks until March 19, 2012 to self-surrender. Sayer's counsel represents that in a letter dated February 28, 2012, the United States Marshal Service notified the Defendant that he is to report to the FCI Englewood, Littleton, Colorado, no later than 2:00 p.m. on March 6, 2012. Defendant received that letter on March 2, 2012. Sayer's counsel represents that the Defendant has only five days to arrange means to travel to Colorado and has had less than 30 days to get his affairs in order. The Defendant anticipates that he will be able to self-surrender within two to three weeks. Upon consideration and for good cause shown, the motion will be granted.

**IT IS ORDERED:**

Defendant Sayer's motion to extend the self-surrender date (Filing No. 63) is granted. Sayer shall self-surrender to the FCI Englewood, Littleton, Colorado, no later than March 27, 2012 at 2:00 p.m.

DATED this 2nd day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge